IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROBERTO GUEVARA CHICAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHO DELUXE TYSONS, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-00039 ) ) ) ) ) ) ) ) ) |

**ORDER**

THIS MATTER comes before the Court on Defendants' Motion to Dismiss Plaintiffs' Complaint.

The Court finds that Plaintiffs' state a claim upon which relief may be granted. Accordingly, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED.

/s/ Claude M. Hilton

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 4, 2018