UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO GUEVARA CHICAS, et al. )
)
    Plaintiffs )
)
v. ) Case 1:18-cv-00039-CMH-TCB
)
PHO DELUXE ARLINGTON, INC., et al. )
)
    Defendants. )

### ORDER

Upon joint motion by all parties seeking approval of the settlement agreements reached in this Fair Labor Standards Act Litigation and for dismissal with prejudice of all claims, it is hereby ORDERED and ADJUDGED:

(1) that the Court has reviewed the Settlement Agreements and related documents and finds that the parties have come to a fair and joint resolution of their dispute pursuant to the factors enumerated in *Patel v. Barot*, 15 F. Supp. 3d 648, 656 (E.D. Va. 2014); and

(2) that therefore the Settlement Agreements are approved; and

(3) this case is DISMISSED WITH PREJUDICE

Aug 17, 2018        By: _Claude M. Hilton_
                                  Judge Claude M. Hilton
                                  United States District Court for the
                                  Eastern District of Virginia